## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02299

PP NADEZHDA, a Ukrainian Corporation,

    Plaintiff,

v.

URAL FOREST AND STONE, INC., a Colorado Corporation,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT OF A SUM CERTAIN

---

    The Court having reviewed plaintiff's Motion for Default Judgment of a Sum Certain against defendant Ural Forest and Stone, Inc. ("Ural"), and being otherwise duly advised in the premises, now finds that judgment may be entered by default against defendant Ural pursuant to F.R.C.P 55(b).

    The Court also finds that personal service was attempted with reasonable diligence and proven unsuccessful on Ural's registered agent. Subsequently, Ural was duly served at its principal office with the Summons and Plaintiff's Petition to Confirm Arbitration Award via certified mail pursuant to C.R.S. §7-90-704. Ural has failed to answer or otherwise defend within the time period mandated by F.R.C.P. 12, and judgment may be entered by default against defendant Ural pursuant to F.R.C.P 55(b).

It is therefore ORDERED that judgment be entered against defendant Ural and in favor of plaintiff in the amount requested in plaintiff's Petition of $34,745.55, together with costs in the amount of $428.30 for a total judgment in the amount of $35,173.85.

DATED this _11_ day of January, 2006.

BY THE COURT: